**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 127 MM 2020

                Respondent   :

                        :

                        :

              v.           :

                        :

SEAN DARRINGTON,           :

                        :

              Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of September, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.